Brian P. Barrow (State Bar No. 177906)
**SIMON, EDDINS & GREENSTONE LLP**
301 Ocean Boulevard, Suite 1950
Long Beach, California 90802
Telephone: (562) 590-3400
Facsimile:  (562) 590-3412
E-mail:  bbarrow@seglaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY T. MEREDITH, as personal representative etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BONDEX INTERNATIONAL, et al.,<br><br>Defendants. | Case No. CV08-04443 R JTL<br><br>Judge Manuel L. Real<br><br>**STIPULATION AND ORDER FOR IMMEDIATE REMAND OF CASE TO STATE COURT** |

    Plaintiffs, along with defendant and removing party General Electric Company ("GE"), previously submitted a stipulation for immediate remand of this case to Los Angeles Superior Court.  On September 15, this court declined to issue the proposed order, finding that the parties' mere stipulation was not itself good cause for remand.  Plaintiffs and GE now re-submit their stipulation with the following showing of good cause:  GE originally removed this action under the federal officer removal statute (28 U.S.C. 1442) on the understanding that plaintiffs asserted claims against it for exposure to products that GE supplied to the United States Navy.  Plaintiffs' claims, however, do ***not*** involve any products supplied by GE to the Navy.  To confirm this, plaintiffs and GE executed an underlying stipulation clarifying that plaintiffs do not intend to pursue any causes of action against GE for Navy-based exposures or to seek recovery for any

damages for Navy-based exposures for which GE could otherwise be jointly liable. (A copy of the stipulation is attached as Exhibit A.)  Based on plaintiffs' indication that they are not suing for any Navy-related exposures, plaintiffs and GE hereby agree that there is no federal subject matter jurisdiction in this case and, therefore, good cause exists for immediate remand of this case to state court.

DATED: September 30, 2008   SIMON, EDDINS & GREENSTONE LLP

By: _____
Brian P. Barrow
Attorneys for Plaintiffs

DATED: September 30, 2008   SEDGWICK DETERT MORAN & ARNOLD

By: _____
Charles T. Sheldon
Katherine P. Gardiner
Attorneys for General Electric Company

**THEREFORE, IT IS ORDERED THAT** this case is remanded to Los Angeles Superior Court.

Dated:  October 9, 2008   _____
District Judge Manuel L. Real